Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston−Salem, NC 27101

Bankruptcy Case No.: 10−50994

IN THE MATTER OF:
Stephanie Ann Wilsey     xxx−xx−0736
aka Stephanie Ann Porter
640 Yates Rd
Salisbury, NC 28416

    Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 5/27/10 , and Pursuant to Bankruptcy Rule 1007, the following document(s) named below must be filed within **fourteen (14) days** from the date the petition was filed.

**Missing Documents(s):**
_____
Exempt Property Claim due 06/10/2010


**Date: 5/27/10**                          **OFFICE OF THE CLERK/ tls**