UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re:

Stephanie Ann Wilsey

    Debtor

Case No. B-10-50994

**MOTION FOR EXTENSION OF TIME TO FILE
MOTION TO DISMISS PURSUANT TO SECTION 707(b)
OR TO FILE COMPLAINT TO OBJECT TO DISCHARGE
PURSUANT TO SECTION 727(a) AND TO EXTEND TIME TO FILE DESIGNATION
OF PRESUMPTION OR NO PRESUMPTION OF ABUSE UNDER SECTION 704**

    The undersigned United States Bankruptcy Administrator for the Middle District of North Carolina, pursuant to Rules 1017(e) and 9006(b) of the Federal Rules of Bankruptcy Procedure, moves the Court for an order extending the time period in which to file a motion to dismiss the above case pursuant to Section 707(b) of the Bankruptcy Code or to file a complaint objecting to the discharge of the Debtor pursuant to Section 727(a) of the Bankruptcy Code.

    In support of the motion, the undersigned shows the Court the following:

    1. On May 27, 2010, Stephanie Ann Wilsey the above debtor,(the "Debtor"), filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

    2. On June 7, 2010, the Administrative Office of the U.S. Courts notified the Bankruptcy Administrator that this case had been selected for audit pursuant to 28 U.S.C. §586(f)(1).

    3. The Bankruptcy Administrator sent the Debtor an audit notification letter on June 9, 2010. According to the procedures promulgated by the Administrative Office of the United States Courts, the audit firm has 63 days from the date of the audit notification letter, or through August 11, 2010, to file its audit report with the court.

    4. The time within which a motion to dismiss the case pursuant to Section 707(b) or a complaint objecting to the discharge of the Debtor pursuant to Section 727(a) may be filed expires August 17, 2010.

    5. The time within which the Bankruptcy Administrator has to file a statement of presumed or no presumed abuse expires ten days after the date of the first meeting of creditors.

    6. The undersigned Bankruptcy Administrator requires additional time within which to evaluate the audit report upon filing and to determine whether to file a

motion to dismiss pursuant to Section 707(b) or complaint objecting to discharge of the Debtor pursuant to Section 727(a), as well as additional time to prepare such a motion or complaint if one is to be filed, and to file a statement of presumed abuse or no presumed abuse.

WHEREFORE, the undersigned hereby requests that the Court enter an order extending the time as to the Bankruptcy Administrator or the Chapter 7 Trustee within which to file a motion to dismiss pursuant to Section 707(b) or complaint objecting to discharge of the Debtor pursuant to Section 727(a) and to file a statement of presumed or no presumed abuse for thirty (30) days beyond the date that the audit firm files their audit report.

This the 9th day of June, 2010.

**U.S. BANKRUPTCY ADMINISTRATOR**

s/Michael D. West
N.C. State Bar No. 6915

Michael D. West
U.S. Bankruptcy Administrator
Middle District of North Carolina
Post Office Box 1828
Greensboro, NC 27402
(336) 358-4170

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re:

Stephanie Ann Wilsey

           Debtor

Case No. B-10-50994

### CERTIFICATE OF SERVICE BY MAIL

The undersigned certifies that on June 9, 2010, a copy of the **MOTION FOR EXTENSION OF TIME FOR FILING MOTION PURSUANT TO SECTION 707(b) OR TO FILE A COMPLAINT OBJECTING TO THE DISCHARGE OF THE DEBTOR(S)** was duly served upon each of the following by first class mail:

Stephanie Ann Wilsey
640 Yates Rd
Salisbury, NC 28416

W. Joseph Burns via electronic service

**U.S. BANKRUPTCY ADMINISTRATOR**

    s/Susan O. Gattis
    Bankruptcy Analyst

Michael D. West
U.S. Bankruptcy Administrator
Middle District of North Carolina
Post Office Box 1828
Greensboro, NC 27402
(336) 358-4170